# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Jamel Crawford,

        Plaintiff(s),

vs.

John Doe,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv637

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2011 Order.

Signed: December 21, 2011

Frank G. Johns, Clerk
United States District Court